UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                        Plaintiff,<br><br>v.<br><br>SMCM, LLC, et al.,<br><br>                        Defendant. | Case No.: 18CV1773-LAB (NLS)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 12) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees. Although the joint motion mentions resolution of the dispute, the Court does not retain jurisdiction to interpret or enforce any settlement agreement between the parties.

**IT IS SO ORDERED**.

Dated: January 16, 2019

_____
Hon. Larry Alan Burns
United States District Judge